In the Matter of ELSIE CAMERON, Appellant.

MARY MAC L. MAYER et al., Individually and as Executors of DUNCAN E. CAMERON, Deceased, Respondents.

(Argued June 2, 1930; decided June 13, 1930.)

*Theodore Kiendl* and *Otis T. Bradley* for appellant.

*Peter B. Olney, Jr.,* and *Olin Potter Geer* for respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.